1

2

3

4

5

6

7

8                        IN THE UNITED STATES DISTRICT COURT

9                     FOR THE EASTERN DISTRICT OF CALIFORNIA

10   SCOTT JOSEPH RIPPEY,

11            Petitioner,                    No. CIV S-11-1307 EFB P

12        vs.

13   EDMUND BROWN,

14            Respondent.                    ORDER

15   _____/

16        Petitioner, a prisoner without counsel, has filed a petition for a writ of habeas corpus.

17   *See* 28 U.S.C. § 2254.

18        A petitioner seeking a writ of habeas corpus either must pay the $5.00 filing fee, *see* 28

19   U.S.C. § 1914(a), or request leave of court to proceed *in forma pauperis*, 28 U.S.C. § 1915(a).

20        Petitioner has neither paid the fee nor submitted an application for leave to proceed *in*

21   *forma pauperis*.

22        Within 30 days from the day this order is served, petitioner may submit either the filing

23   fee or the application required by section 1915(a).  Petitioner's failure to comply with this order

24   ////

25   ////

26   ////

1

will result in a recommendation that this action be dismissed.  The Clerk of the Court is directed to mail to petitioner a form application for leave to proceed *in forma pauperis*.

So ordered.

DATED:  May 25, 2011.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE